AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 8:22MJ1714JSS |
| Darius Hudson a/k/a Toot | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **February 26, 2021** in the county of **Hillsborough** in the **Middle** District of **Florida**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 924 | Use, carry, or possession of a firearm in relation to or in furtherance of a drug felony or a federal crime of violence |
| 18 U.S.C. § 1951 | Interference with commerce by threats or violence |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

*Complainant's signature*

Tyler Jack Rackham, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: 7/19/2022

*Judge's signature*

City and state: Tampa, FL      JULIE S. SNEED, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF
## CRIMINAL COMPLAINT

I, Tyler Jack Rackham, being duly sworn, hereby depose and state the following:

1. I am a Special Agent with the Federal Bureau of Investigation (FBI). I have been employed with the FBI since January 2020. After completing FBI Academy training, I was assigned to the Tampa Division. I am presently assigned to the FBI Tampa Division, Safe Streets Task Force, where my duties include investigating a variety of criminal violations of federal laws, including but not limited to, gang/criminal enterprise investigations, crimes of violence, firearms offenses, financial crime investigations, and threat investigations.

2. I am an investigative or law enforcement officer of the United States within the meaning of 18 U.S.C. § 2510(7). I am empowered by law to conduct investigations of, and to make arrests for, violations of federal statutes, including 18 U.S.C. § 924 (Use, carry or possess a firearm in relation to or in furtherance of a drug felony or a federal crime of violence), and 18 U.S.C. § 1951 (Interference with commerce by threats or violence).

3. I submit this affidavit in support of the attached criminal complaint against Darius Hudson, a/k/a Toot, ("**HUDSON**"). For the reasons set forth below, there is probable cause to believe **HUDSON** committed a violation of 18 U.S.C. § 924 (Use, carry or possess a firearm in relation to or in furtherance of a drug felony or a federal crime of violence) and 18 U.S.C. § 1951 (Interference with commerce by threats or violence).

4. This affidavit is based upon information I have gained from my investigation, my training and experience, as well as information received from others, including law enforcement officers. I have not included every fact known to me concerning this investigation, and, instead, I have submitted only those facts and circumstances that I believe establish probable cause in support of the requested criminal complaint. The source of my information and the grounds for this belief are as follows:

## INVESTIGATION BACKGROUND

5. Since on or about February 2021, the FBI has been investigating a criminal enterprise responsible for at least five home invasion robberies, multiple burglaries, aggravated assault with a deadly weapon, and attempted homicide, all of which occurred in the Middle District of Florida between on or about December 27, 2020, and continuing through on or about April 11, 2021. The FBI identified Chrishawn De'Earl Butler ("BUTLER"), Daniel Jackson ("JACKSON"), Reginald Roberts, Jr. ("ROBERTS"), Nathaniel Carr ("CARR"), and others as participants in several of these incidents. Specifically, the FBI identified Darius Hudson ("**HUDSON**") a/k/a "Toot" as a possible suspect in some of these incidents.

6. On April 27, 2022, a federal grand jury returned an 11-count indictment charging BUTLER, JACKSON, ROBERTS, and CARR with various offenses, including Hobbs Act Robbery, in violation of 18 U.S.C. § 1951(a) and (b), brandishing firearms in the commission of crimes of violence, in violation of 18

2

U.S.C. § 924(c)(1)(A)(ii), and conspiracy to commit a Hobbs Act Robbery. **HUDSON** was not among those indicted.

7. Through the investigation and through interviews with co-conspirators the FBI has learned that **HUDSON** was involved in multiple armed robberies with this criminal enterprise. During the robberies, **HUDSON** would often bring a white backpack that was worn during the robberies.

## PROBABLE CAUSE

### Incident One—Home invasion at 49## Reece Rd., Plant City, on February 26, 2021

8. On February 26, 2021 at approximately 12:07 a.m., the Hillsborough County Sheriff's Office ("HCSO") responded to 49## Reece Rd., Plant City, Florida, in reference to a home invasion robbery. According to HCSO detectives, this residence was a target of a drug trafficking investigation in the past with "M.M." listed as an arrestee. Specifically, this residence had been suspected of being a marijuana grow house in the past.

9. On February 25, 2021, at approximately 11:45 p.m., three victims, identified as "M.M," "Y.P.", and "D.P." (collectively "the victims"), were sleeping inside the residence when three individuals kicked in the front door. The suspects proceeded to forcefully move the victims to the living room and pistol whipped them. The suspects demanded cash and began searching the residence. The suspects stole two Apple iPhones and an 18-karat gold chain link necklace. The suspects eventually fled through the front door and gunshots were heard coming from the general area

3

where the suspects had fled. The suspects were armed with firearms and wore dark clothing, face masks, and gloves. At least one of the suspects wore a tactical style vest with a "SHERIFF" patch across the front. The vehicles driven by the suspects were described as a dark colored SUV (possibly a Dodge Durango) and a white sedan (possibly a Chevrolet). The suspect vehicles were reportedly equipped with blue flashing lights. As detailed below, this is similar to the vehicle(s) used by the suspects in a home invasion robbery that occurred in Lakeland approximately two hours later. **HUDSON** was later identified as a participant in this robbery by co-conspirators.

### Incident Two—Home invasion at 11## Lakeshore Dr., Lakeland, on February 26, 2021

10. On February 26, 2021, at approximately 2:12 a.m., LPD responded to 11## Lakeshore Dr., Lakeland, Florida, in reference to a residential burglary. Based on law enforcement records and information provided by confidential informants and cooperating defendants, this residence was known to be associated to a known drug dealer, "A.T.," who also operated an illegal gambling business at the residence.

11. On February 26, 2021, police received a phone call from S.J., saying that someone shot his/her brother. Officers responded and were able to make contact with S.J., who had locked himself/herself in the bathroom at the above-mentioned residence. S.J. stated he/she ran inside the residence after being hit over the head. S.J. also stated he/she heard a gunshot and believed his brother, K.J. had been shot. Officers were unable to make contact with K.J. at the scene. Video surveillance at the

4

residence shows several males exiting the previously described vehicles. The suspects approached the victim(s) and eventually forced one of them inside the residence. During the robbery, at least one round was fired before the suspects fled the residence in the same vehicles.

12. As depicted below, the suspects were armed with firearms and wore dark clothing, face masks, and gloves. Specifically, one of the suspects was wearing a black hooded sweatshirt with what appeared to be a large white Nike logo across the front, red gloves, and a tactical style vest with a "SHERIFF" patch affixed to the back. As depicted in the picture below, this suspect is armed and standing near an individual wearing a white backpack. As previously referenced, co-conspirators stated that **HUDSON** was known to bring a backpack on the robberies. Co-conspirators were shown the home's surveillance video from this robbery and identified **HUDSON** as the suspect with the white backpack. As mentioned above **HUDSON** was known to wear this backpack on multiple robberies.



13. Contact was made with A.T. who responded to the scene and advised he/she was the homeowner of the residence. A.T. told investigators that S.J., and K.J. were at the residence during the incident. During the course of the investigation, LPD determined that several black males arrived at the residence in a dark colored SUV (possibly a Dodge Durango) and a white sedan (possibly a Chevrolet Malibu), both equipped with blue lights.

14. During a subsequent search of the residence, LPD located a .45 caliber shell casing, small amounts of drugs, approximately $22,118 in cash, and blood drops leading from the porch to the bathroom located on the first floor. Investigators later determined that a rifle was stolen from the residence.

### Historical Cell Site Analysis

15. On May 24, 2021, police officers with the Arcadia Police Department ("APD") obtained a search warrant authorizing the search of two cell phones that belonged to REGINALD ROBERTS. APD provided a copy of the phone extractions to the FBI. After reviewing the extraction from ROBERTS' iPhone 12, investigators observed that a contact by the name of "Toot" was stored in ROBERTS' contact list. The number associated to "Toot" was 941-763-1663 (1663).

16. In the call logs section of phone, the name "Darius Hudson" was observed next to telephone 1663.

17. On or about June 3, 2022, T-Mobile responded to a subpoena for telephone 1663. According to T-Mobile records, telephone 1663 is subscribed to **HUDSON**.

6

18. In June 2022, investigators obtained and executed a federal search warrant for historical location information associated with Telephone 1663. After reviewing the data received, investigators determined that on the day of the robberies telephone 1663 was using cell towers in a similar vicinity as phones attributed to other co-conspirators. Specifically, at 12:58 a.m., after incident one, a phone used by JACKSON used a cell tower near the intersection of I-75 and I-4, which is west of where incident one occurred. Telephone 1663 also uses a cell tower near I-75 and I-4 at 12:58 a.m. Telephone 1663 continued to use cell towers near I-4 while traveling east bound toward Lakeland.

19. At approximately 1:25 a.m., Telephone 1663 used a cell tower near the Thomas W. Bryant Stadium in Lakeland. According to google maps, the stadium is approximately 712 meters west of where incident two occurred. A phone attributed to ROBERTS was also using a cell tower near Thomas w. Bryant Stadium at 1:23 a.m. As mentioned above, law enforcement officers responded to the robbery at approximately 2:12 a.m. In other words, Telephone 1663 was in the vicinity of the robbery approximately 47 minutes before officers responded.

20. Based on my training, experience, and knowledge of this case, I know that robbery crews will sometimes conduct surveillance on a location prior to committing a robbery. Further, based on information from a co-conspirator, I know the robbery crew spent time discussing the robbery and drove by the residence prior to committing the robbery. I also know members of this robbery crew would often

7

turn off their phones while conducting the actual robbery to avoid detection by law enforcement.

21. Based on my knowledge of the case and information from co-conspirators, I know this robbery crew would often return to BUTLER'S residence in Bartow, Florida, after robberies were committed to share the proceeds of the robbery. I also know that after the robberies, members of this robbery crew would turn their cell phones back on. According to historical location data, at approximately 3:00 a.m., Telephone 1663 and a phone number used by ROBERTS used a cell tower south of Bartow, Florida. Further at this time a phone call took place between Telephone 1663 and a phone number used by ROBERTS. Records also show a phone number attributed to JACKSON used a cell tower near Bartow Florida at 3:15 a.m.

22. Based on the historical records investigators determined that telephones attributed to ROBERTS, JACKSON, and **HUDSON** appeared in Plant City the day of incident 1. The phones then appeared to travel east to Lakeland and are in the area for incident two. After incident two all three phones used cell towers near Bartow Florida, which corroborated statements made by co-conspirators.

## CONCLUSION

23. Based on the foregoing, I believe that probable cause exists to believe that **HUDSON** committed a violation of 18 U.S.C. § 924 (Use, carry or possess a firearm in relation to or in furtherance of a drug felony or a federal crime of violence), and 18 U.S.C. § 1951 (Interference with commerce by threats or violence) Therefore, I respectfully request that the Court approve the attached criminal complaint and issue an arrest warrant.

Tyler Jack Rackham
Special Agent
Federal Bureau of Investigation

Affidavit submitted by email and attested to me as true and accurate by telephone consistent with Federal Rules of Criminal Procedure 4.1 and 41 (d)(3), this _19_ day of July, 2022.

JULIE S. SNEED
United States Magistrate Judge

9