UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No.: 8:22-cr-153-KKM-AAS

DARIUS HUDSON

_____

ORDER

Darius Hudson's Sentencing is scheduled for **April 24, 2024**, at **10:00 a.m.** in Courtroom 13B of the United States Courthouse, 801 N. Florida Avenue, Tampa, Florida 33602-3800. Accordingly, the following is **ORDERED**:

1. The Probation Office must file the final Presentence Investigation Report no later than **fourteen (14) days** before the sentencing date.

2. Counsel must also file any motion for a continuance of sentencing no later than **fourteen (14) days** before the sentencing date. A motion for continuance must include a statement of the other party's support or opposition to the proposed continuance.

3. Counsel for both parties must file a sentencing memorandum setting forth that respective party's sentencing recommendation. The memoranda cannot exceed **20 pages for each party** and are due no later than **seven (7) days**

before the sentencing date.

4. No later than **seven (7) days** before the sentencing date, counsel must notify the Deputy Clerk if a party is seeking an evidentiary sentencing hearing or if a party anticipates that the sentencing hearing will exceed thirty (30) minutes.

5. The Court notifies any defendant currently on pretrial release that, under 18 U.S.C. § 3143(a)(2), the Court is required to remand a defendant into custody at sentencing in drug cases and cases involving crimes of violence.

**ORDERED** in Tampa, Florida, on January 23, 2024.

_Kathryn Kimball Mizelle_
Kathryn Kimball Mizelle
United States District Judge